In the Matter of MARION F. NOREAULT et al., Respondents, v MARJORIE A. OLMSTEAD-GROGG, Appellant, and SCOTT A. HALSEY, Respondent. [48 NYS3d 904]—Appeal from an order of the Family Court, Onondaga County (William W. Rose, R.), entered December 14, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, directed that the parties shall have joint legal custody of the subject child, with residential custody with petitioners.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Whalen, P.J., Lindley, NeMoyer, Curran and Troutman, JJ.